# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DISTRICT

| | |
|---|---|
| **FULTON DENTAL, LLC**<br>individually, and on behalf<br>of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**iCARE FINANCIAL**<br><br>    Defendant. | **CIVIL ACTION NO.:**<br>    **2:15-CV-1123-KOB** |

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, by and through its attorney of record, and in response to the Court's *Order to Show Cause* dated September 16, 2015, hereby notifies the Court that a settlement has been reached in this matter. The Plaintiff asks that this Court retain jurisdiction over this matter until the settlement can be carried out and a stipulation of dismissal filed. Plaintiff anticipates this will take no longer than 30 days.

        Respectfully submitted,

        *s/ J. Matthew Stephens*
        J. Matthew Stephens (ASB-3788-E66S)
        **MCCALLUM, METHVIN & TERRELL, PC**
        2201 Arlington Avenue S.
        Birmingham, AL 35205
        Telephone:    (205) 939-0199
        Facsimile:    (205) 939-0399
        Email: mstephens@mmlaw.net

        *Attorney for Plaintiff and Proposed Class*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this the 28th day of September, 2015, I have served a copy of the above and foregoing upon the following counsel of record by placing same in the United States mail, postage prepaid, and properly addressed:

Arthur H. Barens, Esq.
Barens Law Building
10209 Santa Monica Blvd.
Los Angeles, CA  90067
(*Attorney for iCare Financial*)

        *s/ J. Matthew Stephens*
        **OF COUNSEL**