# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **FULTON DENTAL, LLC,** | } | |
| **Plaintiff,** | } | |
| v. | } | 2:15-cv-1123-KOB |
| **iCARE FINANCIAL,** | } | |
| **Defendant.** | } | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached (doc. 6), DISMISSES this case WITHOUT PREJUDICE to reinstatement if any party represents to the court on or before November 30, 2015, that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 29th day of September, 2015.

_Karon O. Bowdre_
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE