UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | |
|---|---|
| **FULTON DENTAL, LLC** individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**iCARE FINANCIAL**<br><br>    Defendant. | CIVIL ACTION NO.:<br>2:15-CV-1123-KOB |

## STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, by and through its attorney of record, and pursuant to this Court's directive of September 29, 2015 (Doc. 7), hereby notifies the Court that the settlement is complete and the parties have stipulated to the dismissal of this action with prejudice.

Respectfully submitted,

/s/ J. Matthew Stephens
_____
J. Matthew Stephens (ASB-3788-E66S)
MCCALLUM, METHVIN & TERRELL, PC
2201 Arlington Avenue S.
Birmingham, AL 35205
Telephone:   (205) 939-0199
Facsimile:    (205) 939-0399
Email: mstephens@mmlaw.net

*Attorney for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of October, 2015, I have served a copy of the above and foregoing upon the following counsel of record by emailing same:

Arthur H. Barens, Esq.
Barens Law Building
10209 Santa Monica Blvd.
Los Angeles, CA  90067
Email:       barens@barenslaw.com
             gina@barenslaw.com
(*Attorney for iCare Financial*)

/s/
_____
**OF COUNSEL**