# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| FULTON DENTAL, LLC, individually, and on behalf of all other similarly situated,     ]<br><br>    Plaintiff,     ]<br><br>v.     ]<br><br>iCARE FINANCIAL,     ]<br><br>    Defendant. | 2:15-cv-1123-KOB |

## FINAL ORDER

The court, having received the Plaintiff's Stipulation of Dismissal (doc. 8), DISMISSES this action WITH PREJUDICE, with each party to bear its own costs.

DONE and ORDERED this 14th day of October, 2015.



_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE